JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| ERNIE GARCIA VASQUEZ, | ) | Case No. CV CV 08-4360-SVW (MLG) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| OFFICER MAGANA, et al., | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: <u>March 18, 2009</u>

_____
Stephen V. Wilson
United States District Judge